IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 4:24-cr-00062 |
|---|---|
| vs. | ) **MOTION TO SET BOND** |
| MATTHEW TENNERROL BROWN, | ) |
| Defendant. | ) |

YOU WILL PLEASE TAKE NOTICE that the Defendant, through counsel, will move before the United States Magistrate at such time the Court schedules for bond to be set in the above-captioned matter. The Defendant is charged with a violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

The Defendant believes that he is entitled to bond in this case and respectfully requests that the Court grant his bond. The Defendant is not a flight risk nor a danger to the community. Therefore, the Defendant requests that a reasonable bond be granted in his case.

Respectfully Submitted,

s/ Matthew S. Swilley
Matthew S. Swilley
Federal ID # 11450
Swilley Law Firm, LLC
129 S. Coit Street
Florence, SC 29501
T: (843)250-3632
F: (843)353-2500
Email: matt@swilleylaw.com

Florence, South Carolina